No. 92–6221.  GARZA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–6222.  CASTILLO BAUTISTA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 92–6223.  ALZATE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–6225.  ARIGBEDE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–6226.  SAVOY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–6227.  CASEY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–6228.  SABB *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 92–6237.  SALLY *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 92–6241.  WALKER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 92–6245.  MONTOYA *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 92–6251.  HOLGUIN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–6254.  RILEY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–6257.  CARTER *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–6263.  SONSHINE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 92–6268.  STRICKLAND *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–6269.  WEAVER *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.